Jack W. Fiander, Attorney
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.
5808A Summitview Avenue #93
Yakima, WA 98908
(509) 961-0096
towtnuklaw@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| The **YAKAMA NATION GENERAL COUNCIL**, <br><br> Plaintiff, <br><br> v. <br><br> **SHERIDAN VINEYARD**; **DINEEN VINEYARD**; and **XPRESS LIQUOR AND WINE**; and **ST HILAIRE CELLARS**, <br><br> Defendants. | No. 1:21-03010-TOR <br><br> **MOTION TO DROP PARTIES** <br><br> Note for Hearing without Argument: <br><br> Monday, January 25, 2021 |

COMES NOW, the undersigned on behalf of plaintiff and moves the Court pursuant to Fed. R. Civ. P. 21 to drop defendants Sheridan Vineyard and Dineen Vineyard as parties.

In support of this motion the undersigned respectfully declares that they have ceased production and marketing of the product which is the subject matter of this civil action except that which is necessary to disposing of existing stock. Accordingly, dropping them as parties to this civil action is just.

DATED this __25th___ day of January, 2021.

MOTION TO DROP PARTIES - 1

Towtnuk Law Offices
5808A Summitview Avenue #93
Yakima, WA 98908
(509) 961-0096
towtnuklaw@msn.com

Respectfully submitted,
YAKAMA NATION GENERAL COUNCIL
By:

S/ *Jack W. Fiander*

_____

Jack W. Fiander, WSBA 13116
Counsel for Plaintiff
Yakama Nation General Council
Towtnuk Law Offices, Ltd.
Sacred Ground Legal Services, Inc.

MOTION TO DROP PARTIES - 2

Towtnuk Law Offices
5808A Summitview Avenue #93
Yakima, WA 98908
(509) 961-0096
towtnuklaw@msn.com